

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 22, 2021

**BY ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

Application granted. The sentence is adjourned to July 8, 2021 at 11:30 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 22, 2021

Re:    *United States v. Whitehead*, 20 Cr. 692 (RA)

Dear Judge Abrams:

The Government submits this letter jointly on behalf of the parties to request an adjournment of sentencing currently scheduled for April 9, 2021.  The parties require additional time to discuss and potentially resolve certain issues relevant to sentencing, including to permit the victim company to complete an internal investigation of the matter.  The parties therefore request a ninety-day adjournment to July 8, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   _____
Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284

CC: Michael J. Alber, Counsel for Eric Ian Whitehead