**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/17/2021**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ERIC IAN WHITEHEAD,

Defendant.

No. 20-CR-692

ORDER

---

RONNIE ABRAMS, United States District Judge:

The sentence scheduled for August 19, 2021 is adjourned to October 28, 2021 at 9:00 a.m. and will be held in person.

SO ORDERED.

Dated:   August 17, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge